In the Matter of the Liquidation of NATIONAL SURETY COMPANY.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY, Appellant; GREAT AMERICAN INDEMNITY COMPANY, Respondent.

Argued June 3, 1941; decided July 29, 1941.

*J. Francis Lynch* and *Edward F. Keenan* for appellant.

*Barent L. Visscher* and *Albert S. Davis, Jr.*, for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.